# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **LATRICIA BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | **CV 09-HS-1107-M** |
| **CREDITORS INTERCHANGE** | ) | |
| **RECEIVABLE MANAGMENT** | ) | |
| **LLC,** | ) | |
| **Defendant.** | ) | |

## JOINT NOTICE OF DISMISSAL

COME NOW the parties and jointly stipulate to the dismissal of all claims in this matter with prejudice.

Date:  August 18, 2009

Respectfully Submitted,

/s/ Michael W. Lindsey                /s/ Brent G. Grainger
Michael W. Lindsey                     Brent G. Grainger
John C. Hubbard                         Attorney for Defendant
Attorneys for Plaintiff

1