# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LATRICIA BROWN,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 4:09-CV-1107-VEH |
| | ) |
| **CREDITORS INTERCHANGE** | ) |
| **RECEIVABLE MANAGEMENT** | ) |
| **LLC.,** | ) |
| | ) |
|    **Defendant.** | ) |

## O R D E R

Pursuant to the Joint Notice of Dismissal (doc. 9) filed on August 18, 2009, it is **ADJUDGED** that all claims brought by Plaintiff Latricia Brown against Defendant Creditors Interchange Receivable Management LLC, are hereby **DISMISSED WITH PREJUDICE**, each party to bear her or its own costs. **PROVIDED, HOWEVER**, that any party may seek to reopen the action within thirty (30) days, upon good cause shown, or to submit a stipulated form of final judgment.

    **DONE** and **ORDERED** this 24th day of August, 2009.

                                                      **VIRGINIA EMERSON HOPKINS**
                                                      United States District Judge